ELIZABETH KATZ v. STRATTON BLISS CO., INC., and Another.— Application

denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.